CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:26-mj-00119-DCK All Defendants

---

Case title: USA v. Cole                                Date Filed: 06/09/2026

Date Terminated: 06/12/2026

---

Assigned to: US Magistrate Judge David
Keesler

**Defendant (1)**

**Charles Cole**                    represented by    **John Baker**
*TERMINATED: 06/12/2026*                              Federal Public Defender - WDNC
                                                      NC
                                                      129 West Trade Street
                                                      Suite 300
                                                      Charlotte, NC 28202
                                                      704-374-0720
                                                      Email: john_baker@fd.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or*
                                                      *Community Defender Appointment*

**Pending Counts**                                **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                             **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                    **Disposition**

18:1343 and 2 - WIRE FRAUD, 18:1349 -
CONSPIRACY TO COMMIT WIRE
FRAUD

**Plaintiff**

**USA**                                    represented by   **Caryn Deborah Finley**
US Attorney's Office, WDNC
227 West Trade Street
Suite 1650, Carilon Building
Charlotte, NC 28202
704-344-6222
Fax: 704-344-6629
Email: Caryn.Finley@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2026 | 1 | SD/NY SEALED Indictment as to Charles Cole (Attachments: # 1 Warrant)(mga) (Attachment 1 replaced on 6/10/2026) (brl). (Entered: 06/09/2026) |
| 06/09/2026 |  | DELETED ENTRY (Entered: 06/09/2026) |
| 06/09/2026 |  | NOTICE OF HEARING as to Charles Cole: Initial Appearance - Rule 5 set for 6/10/2026 10:40 AM in Courtroom #1B, 401 W Trade St, Charlotte, NC 28202 before US Magistrate Judge David Keesler. *This is your only notice - you will not receive a separate document.* (mga) (Entered: 06/09/2026) |
| 06/10/2026 |  | NOTICE of Cancellation of Initial Appearance scheduled for 6/10/26 as to Charles Cole (mga) (Entered: 06/10/2026) |
| 06/10/2026 |  | Arrest (Rule 5) of Charles Cole (mga) (Entered: 06/11/2026) |
| 06/11/2026 |  | NOTICE OF HEARING as to Charles Cole: Initial Appearance - Rule 5 set for 6/11/2026 10:05 AM in Courtroom #1A, 401 W Trade St, Charlotte, NC 28202 before US Magistrate Judge David Keesler. *This is your only notice - you will not receive a separate document.* (mga) (Entered: 06/11/2026) |
| 06/11/2026 |  | ORAL MOTION to Unseal Case by USA as to Charles Cole. (mga) (Entered: 06/11/2026) |
| 06/11/2026 |  | **ORAL ORDER granting Oral Motion to Unseal Case as to Charles Cole (1). Entered by US Magistrate Judge David Keesler on 6/11/26. (mga)** (Entered: 06/11/2026) |
| 06/11/2026 |  | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Charles Cole held before US Magistrate Judge David Keesler. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Defendant waived identity hearing. Court sets conditions of release. Defendant ordered to appear in charging district. Government attorney: Caryn Finley. Defendant attorney: John Baker. Court Reporter: Digital Court Reporter. (mga) (Entered: 06/11/2026) |
| 06/11/2026 | 2 | CJA 23 (Ex Parte) Financial Affidavit by Charles Cole (mga) (Entered: 06/11/2026) |
| 06/11/2026 |  | **ORAL ORDER APPOINTING FEDERAL DEFENDER as to Charles Cole. John Baker appointed to represent Charles Cole for the limited purposes of today's hearing only. Entered by US Magistrate Judge David Keesler on 6/11/26. (mga)** (Entered: 06/11/2026) |
| 06/11/2026 | 3 | WAIVER of Rule 5(c)(3) Hearings by Charles Cole (mga) (Entered: 06/11/2026) |

| 06/11/2026 | 4 | **Appearance Bond Entered** *(Restricted)* **as to Charles Cole in amount of $ 25,000 unsecured. Signed by US Magistrate Judge David Keesler on 6/11/26. (mga)** (Entered: 06/11/2026) |
|---|---|---|
| 06/11/2026 | 5 | **ORDER** *(Restricted)* **Setting Conditions of Release as to Charles Cole (1) 25,000 unsecured. Signed by US Magistrate Judge David Keesler on 6/11/26. (mga)** (Entered: 06/11/2026) |
| 06/11/2026 | 6 | **ORDER holding defendant to answer and to appear in district of prosecution or district having Probation Jurisdiction as to Charles Cole. Signed by US Magistrate Judge David Keesler on 6/11/26. (mga)** (Entered: 06/11/2026) |
| 06/12/2026 | | Rule 5(c)(3) Documents Emailed to Southern District of New York as to Charles Cole (mga) (Entered: 06/12/2026) |
| 06/12/2026 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Charles Cole. Your case number is: 26CRIM0242. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 3 Waiver of Rule 5(c)(3) Hearings, 5 Order Setting Conditions of Release, 6 Order Rule 5 Bond Release, 4 Bond, 2 Financial Affidavit - CJA23 ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 06/12/2026) |

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

UNITED STATES OF AMERICA

v.

Charles Cole
*Defendant*

)
)
)
)
)
)
)
)
)

Case No: 3:26−mj−00119−DCK

Charging District: Southern District of New York

Charging District's Case No: 26CRIM0242

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:    Southern District of New York<br>Thurgood Marshall<br>United States Courthouse<br>40 Foley Square<br>New York, NY 10007 | Courtroom No.: |
|---|---|
| | Date and Time<br>6/19/2026 |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __ June 11, 2026 __

David C. Keesler
United States Magistrate Judge